KAREN L. LOEFFLER, United States Attorney
KEVIN FELDIS, Assistant United States Attorney
RETTA-RAE RANDALL, Assistant United States Attorney
Federal Building & U.S. Courthouse
Attorneys for the United States of America
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513
Phone:  (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. |
| ) | |
| Plaintiff, ) | COUNT 1: |
| ) | INTERFERENCE WITH FEDERALLY |
| vs. ) | PROTECTED ACTIVITY |
| ) | Vio. 18 U.S.C. § 245(b)(2)(B) and § 2 |
| ROBERT BRUCE GUM, and ) | |
| DEANNA ANGELINA SCAGLIONE, ) | |
| aka DEANNA POWERS, ) | |
| ) | |
| Defendants. ) | |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

1. On or about July 28, 2009, in the District of Alaska, ROBERT BRUCE GUM, and DEANNA ANGELINA SCAGLIONE, aka DEANNA POWERS, while aiding and abetting one another, did by force and threat of force, willfully injure, intimidate, and interfere with E.B., because of E.B.'s race and color and ethnicity, and

because he was and had been enjoying facilities provided and administered by both the Municipality of Anchorage, a subdivision of the State of Alaska, and the State of Alaska, namely, Ninth Avenue, C Street and Eighth Avenue in downtown Anchorage, Alaska. The commission of this offense included the threatened use of a dangerous weapon.

All of which is in violation of Title 18, United States Code, Sections 245(b)(2)(B) and 2.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Kevin Feldis
KEVIN FELDIS
Assistant United States Attorney

s/ Retta-Rate Randall
RETTA-RAE RANDALL
Assistant United States Attorney
Federal Building & U.S. Courthouse
Attorneys for the United States of America
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

DATE: 12-15-09

2