Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT BRUCE GUM, and | ) |
| DEANNA ANGELINA SCAGLIONE | ) |
| a/k/a, DEANNA ANGELINA POWERS, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Case No. 3:09-cr-00132-2-TMB-JDR |

### AFFIDAVIT OF LANCE C. WELLS

*[Filed on Shortened Time]*

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

I, Lance C. Wells, depose and state as follows.

1. I am the attorney of record for defendant Deanna Angelina Scaglione a/k/a, Deanna Angelina Powers in the above-captioned action.

2. Ms. Scaglione is desirous of having Mr. Brent Aafedt approved as an additional third party custodian. Mr. Aafedt has filled out an Application for Third Party Custody and

*AFFIDAVIT OF LANCE C. WELLS*
*United States of America v. Deanna Angelina Scaglione a/k/a, Deanna Angelina Powers*
*Case No. 3:08-cr-00132-2-TMB-JDR* *Page 1 of 3*
Case 3:09-cr-00132-TMB   Document 40   Filed 01/15/10   Page 1 of 3

Authorization to Release Information. This document is being forwarded to the U.S. Probation/Pre-Trial Services Offices, and a copy forwarded to the U.S. Attorney's Office for their review.

3. Ms. Scaglione, if Mr. Aafedt is approved, is desirous of residing with Mr. Aafedt at his residence. Ms. Scaglione's current third party would remain as a third party, but only as an alternate third party custodian for any times that Mr. Aafedt was not available to be with Ms. Scaglione.

4. A hearing is hereby requested by this court. Undersigned counsel will be out of Alaska, and unavailable, beginning February 3 through February 8, 2010. It is requested that a hearing be scheduled before that date if possible.

5. Filing this motion on shortened time is necessary as Ms. Scaglione desires an additional third party custodian be approved immediately.

6. Pam of the Clerk's Office has been notified by telephone voicemail message of the filing of this motion on shortened time. D.Ak.L.R.5.3(e)(3)[B].

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 15th day of January 2010.

By:__/s/ Lance C. Wells_____
    LAW OFFICES OF LANCE C. WELLS, P.C.
    Attorneys for Defendant,
    Deanna Angelina Scaglione
    a/k/a, Deanna Angelina Powers
    733 W. 4th Ave, Suite 308

*AFFIDAVIT OF LANCE C. WELLS*
*United States of America v. Deanna Angelina Scaglione a/k/a, Deanna Angelina Powers*
*Case No. 3:08-cr-00132-2-TMB-JDR*      *Page 2 of 3*
Case 3:09-cr-00132-TMB Document 40 Filed 01/15/10 Page 2 of 3

```
                          Anchorage, Alaska 99501
                          Ph: 907-274-9696
                          Fax: 907-277-9859
                          E-mail: lwells@gci.net
                          Bar # 9206045 AK
```

SUBSCRIBED AND AFFIRMED before me this 15th day of January 2010, at Anchorage, Alaska.

```
                          __/s/ Sharon R. Leippi_____
                          Notary Public in and for Alaska
                          My commission expires: June 10, 2010
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
January 15, 2010, a copy
of the foregoing was served
electronically:

Kevin McCoy,
Counsel for co-defendant

Retta Randall
Asst. U.S. Attorney

By: /s/Lance C. Wells

*AFFIDAVIT OF LANCE C. WELLS*
*United States of America v. Deanna Angelina Scaglione a/k/a, Deanna Angelina Powers*
*Case No.  3:08-cr-00132-2-TMB-JDR*                                   *Page 3 of 3*
   Case 3:09-cr-00132-TMB   Document 40   Filed 01/15/10   Page 3 of 3