Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )
                               )
     v.                        )
                               )
ROBERT BRUCE GUM, and          )
DEANNA ANGELINA SCAGLIONE      )
a/k/a, DEANNA ANGELINA POWERS, )
                               )
                Defendants.    )
_____)Case No. 3:09-cr-00132-2-TMB-JDR

**AFFIDAVIT OF LANCE C. WELLS**

*[Filed on Shortened Time]*

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

I, Lance C. Wells, depose and state as follows.

1.  I am the attorney of record for defendant Deanna Angelina Scaglione a/k/a, Deanna Angelina Powers who has been incarcerated at Sea-Tac FDC for the last (approximately) forty-five days.

2.  I make this motion to continue sentencing in the above matter as Ms. Scaglione has not been transported back for the

*AFFIDAVIT OF LANCE C. WELLS*
*United States of America v. Deanna Angelina Scaglione a/k/a, Deanna Angelina Powers*
*Case No. 3:08-cr-00132-2-TMB-JDR*                                    *Page 1 of 3*
Case 3:09-cr-00132-TMB   Document 92   Filed 08/31/10   Page 1 of 3

purpose of sentencing.

3.   I contacted Sea-Tac FDC, and was informed that she would be transported soon. They did not tell me when, for security reasons.

4.   It is imperative that I meet with my client prior to sentencing to review the Government's Sentencing Memorandum, my Sentencing Memorandum which was prepared on her behalf, her co-defendant's Sentencing Memorandum, as well as the probation officer's recommendations. My client also has questions regarding her final Pre-Sentence Report that was prepared.

5.   I have not had access to my client other than limited telephone calls and through the U.S. mail service.

6.   I am requesting that her sentencing be continued until September 8 or 9, 2010, as I have time on the calendar those days in which to do her sentencing.

7.   I am scheduled to depart September 11, 2010, for Dutch Harbor for a two-week trial. I am unavailable September 7, 2010.

8.   Expedited consideration is necessary due to the brief amount of time between now and the scheduled sentencing.

9.   I have attempted to contact Asst. U.S. Attorney Retta Randall, but was unsuccessful in reaching her. I have left her a detailed message on voicemail regarding the filing of this motion.

10.   The Clerk's Office has been notified by telephone of

*AFFIDAVIT OF LANCE C. WELLS*
*United States of America v. Deanna Angelina Scaglione a/k/a, Deanna Angelina Powers*
*Case No. 3:08-cr-00132-2-TMB-JDR*                                    *Page 2 of 3*

Case 3:09-cr-00132-TMB   Document 92   Filed 08/31/10   Page 2 of 3

the filing of this motion on shortened time.
D.Ak.L.R.5.3(e)(3)[B].

11. A ruling is respectfully requested within the next 24 hours.

12. No prejudice will result to any party in this matter.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 31st day of August 2010.

By:__/s/ Lance C. Wells_____
LAW OFFICES OF LANCE C. WELLS, P.C.
Attorneys for Defendant,
Deanna Angelina Scaglione
a/k/a, Deanna Angelina Powers
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Ph: 907-274-9696
Fax: 907-277-9859
E-mail: lwells@gci.net
Bar # 9206045 AK

SUBSCRIBED AND AFFIRMED before me this 31st day of August 2010, at Anchorage, Alaska.

__/s/ Sharon R. Leippi_____
Notary Public in and for Alaska
My commission expires: June 8, 2014

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
August 31, 2010, a copy
of the foregoing was served
electronically:

Retta Randall, Asst. U.S. Att.
U.S. Attorney's Office

Kevin McCoy, Asst. Fed. Def.
Federal Public Defender's Office

By: /s/Lance C. Wells

*AFFIDAVIT OF LANCE C. WELLS*
*United States of America v. Deanna Angelina Scaglione a/k/a, Deanna Angelina Powers*
*Case No. 3:08-cr-00132-2-TMB-JDR*                                    *Page 3 of 3*
Case 3:09-cr-00132-TMB   Document 92   Filed 08/31/10   Page 3 of 3