UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case: 3:09-cr-00132-TMB-2 |
| vs. ) | |
| ) | ORDER ON TERMINATION OF |
| DEANNA SCAGLIONE ) | SUPERVISED RELEASE |

Based on the *Report and Order Terminating Supervised Release* filed on March 27, 2014, regarding the above-named defendant, **IT IS HEREBY ORDERED that:**

[ x ]   The defendant is discharged from supervised release and that the proceedings in the case be terminated.

[  ]   Other: _____
_____
_____
_____

Dated this 27th day of March, 2014.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT JUDGE